IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03CV337-MU

| | |
|---|---|
| RICHARD D. WHITE and ANTHONY D. PANGLE, | ) ) ) |
| Appellants, | ) ) |
| vs. | ) ORDER ) |
| DAVID A. BOYUKA and ANNA BOYUKA SABLITZ, | ) ) ) |
| Appellees. | ) ) |

    This matter is before the court upon remand from the United States Court of Appeals for the Fourth Circuit. In its decision, the fourth circuit reversed the judgment of this court in the above-captioned bankruptcy appeal. Pursuant to the fourth circuit's ruling, the court hereby remands this matter to the bankruptcy court for entry of judgment in accordance with the fourth circuit's decision.

    IT IS SO ORDERED.

**Signed: September 19, 2005**

*[signature]*

Graham C. Mullen
Chief United States District Judge