IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03CV337

| | |
|---|---|
| RICHARD D. WHITE and ANTHONY D. PANGLE,<br>    Appellants,<br><br>vs.<br><br>DAVID A. BOYUKA, *et al.*,<br>    Appellees. | ORDER |

This matter is before the court upon its own motion. The court entered an Order remanding this matter to the bankruptcy court for entry of judgment on September 19, 2005.

IT IS THEREFORE ORDERED that the Clerk's Office is directed to close this bankruptcy appeal.

Signed: March 14, 2006

Graham C. Mullen
United States District Judge